### 254.　HOOKS & PARKER v. RUSHIN.

POWELL, J. The evidence authorized the verdict, and no error of law appears.　　　*Judgment affirmed.*

Action for breach of warranty, from city court of Dublin— Judge Burch. January 21, 1907.

Submitted March 29,—Decided April 4, 1907.

*T. V. Sanders,* for plaintiffs in error.

*K. J. Hawkins, Williams & Blackshear,* contra.